# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-497-GCM

| | |
|---|---|
| WARREN H. HALL, JR.<br><br>       **Plaintiff,**<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>       **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Paul G. Sherman,** filed November 2, 2018 (Doc. No. 20).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the motion.

In accordance with Local Rule 83.1(B), Mr. Sherman is admitted to appear before this court *pro hac vice* on behalf of Defendant, Charter Communications, LLC.

**IT IS SO ORDERED.**

Signed: November 5, 2018

Graham C. Mullen
United States District Judge