# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17CV497

| | |
|---|---|
| WARREN H. HALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| CHARTER COMMUNICATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion For Admission *Pro Hac Vice* concerning Niya T. McCray, filed 11/2/2018 (Doc. No. 21).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Niya T. McCray is admitted to appear before this court *pro hac vice* on behalf of **Defendant**.

**IT IS SO ORDERED.**

Signed: December 18, 2018

Graham C. Mullen
United States District Judge